**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-10159 |
| Plaintiff-Appellant, | D.C. No. 2:14-cr-00280-JCM-GWF-1 |
| v. | |
| DOMINQUE WELLS, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Argued and Submitted May 11, 2023
San Francisco, California

Before:  S.R. THOMAS, CHRISTEN, and BRESS, Circuit Judges.

The Government appeals a district court decision granting Dominque Wells compassionate release and reducing his sentence from 107 years and one day to ten years pursuant to 18 U.S.C. § 3582(c)(1)(A).  We have jurisdiction pursuant to 28 U.S.C. § 1291.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

On appeal, one of the parties' primary points of disagreement is whether the district court's order complied with *United States v. Chen*, 48 F.4th 1092 (9th Cir. 2022). However, *Chen* was decided after the district court issued its order in this case, so the district court did not have the benefit of the opinion. Therefore, we remand this case to the district court for reconsideration of its order in light of *Chen*. We express no opinion now as to the impact of *Chen* and do not prejudge the outcome of that inquiry.

**REMANDED.**